IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCHOOL DISTRICT | : | |
| OF PHILADELPHIA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEBORAH A., parent and | : | |
| natural guardian of | : | |
| CANDISS C., a minor, and | : | |
| CANDISS C., | : | No. 08-2924 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **8th** day of **July, 2011**, upon consideration of the Motion for Counsel Fees of Deborah A. and Candiss C., the District's response thereto, Defendants' reply thereon, and for the reasons provided in this Court's Memorandum dated July 8, 2011, it is hereby **ORDERED** that:

1. The motion (Document No. 13) is **GRANTED**.

2. Defendants are awarded $35,580.03 in costs pursuant to the IDEA's fee-shifting provision.

3. The District shall pay the award on or before **Friday, July 29, 2011**.

BY THE COURT:

_____
**Berle M. Schiller, J.**